IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 11-mj-01045-MEH

UNITED STATES OF AMERICA,

     Plaintiff,
v.

VAHE GHAZAROV,

     Defendant.

---

## ORDER EXONERATING BOND

---

The Court has granted a Government motion to voluntarily dismiss the charges against Defendant.  As a result, all of the conditions of an appearance bond imposed by the Court as a pretrial matter to secure Defendant's release, pursuant to 18 U.S.C. § 3142(c), have been satisfied.  Accordingly,

IT IS HEREBY **ORDERED** that the bond in this case is exonerated and the surety or sureties, if applicable, are released.

IT IS FURTHER **ORDERED** that the bail funds or property deposited into the registry of the Court shall hereby be released by the Clerk of the Court, or a designated deputy, to the surety or to Defendant.

DATED: July 22, 2011 at Denver, Colorado.

BY THE COURT:

s/ Kristen L. Mix
Kristen L. Mix
United States Magistrate Judge